IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL D. WOOSLEY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 15-4778 |
| v. | : | |
| | : | |
| THE U.S. DISTRICT COURT, DISTRICT, | : | |
| OF CONNECTICUT; THE HONORABLE | : | |
| ALVIN W. THOMPSON, UNITED STATES | : | |
| DISTRICT JUDGE; and DAVID H. SMITH | : | |
| AND KIMBERLY A. SMITH, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 10th day of August, 2016, upon consideration of Plaintiff's Complaint (Dkt No. 1), the Statement of Interest filed by the United States (Dkt No. 3), Plaintiff's Answer to Defendant's Statement of Interest (Dkt No. 5) and Plaintiff's Response to Order to Show Cause as to Why the Complaint Should Not be Dismissed (Dkt No. 9), it is hereby ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

FURTHER, it is hereby ORDERED that this Matter shall be REFERRED to Chief Judge Tucker pursuant to Local Rule 83.6(V)(A).

The Clerk of Court is hereby directed to close this case.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II      J.